An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESS ARNDELL CONSTRUCTION CO., INC.,

Appellant,

vs.

GEORGE O. HENDERSON AND CHERYL E. HENDERSON, TRUSTEES OF THE HENDERSON FAMILY TRUST; WILLIAM MCCUSKY AND IRENE MCCUSKY; WILLIAM W. TRIGERO AND JEANNE MACKAY, CO-TRUSTEES OF THE CLAYSON AND ELIZABETH TIGERO FAMILY TRUST AGREEMENT (DECEDENT'S TRUST); EDDIE VENTURACCI AND GLORIA VENTURACCI; RENO QUILICI AND GLORIA F. QUILICI, CO-TRUSTEES OF THE RENO AND GLORIA QUILICI TRUST AGREEMENT; AMILIO BELL AND CARMEN BELL, TRUSTEES OF THE BELL FAMILY TRUST AGREEMENT; GARY T. CANEPA AND LORI R. CANEPA, CO-TRUSTEES OF THE G & L TRUST AGREEMENT; LYNN WEEK AND JOYCE WEEK, CO-TRUSTEES OF THE LYNN AND JOYCE WEEK FAMILY TRUST AGREEMENT; MARIE J. DUNCAN; CALIFORNIA NATIONAL BANK CUSTODIAN FBO KEITH E. LOUWENAAR; PAMELA DORY TRUSS; ROBERT P. FELDER AND DESSIE K. FELDER; LAKEY BROTHERS GENERAL TIRE, INC.; DOUGLAS E. GLENN, TRUSTEE OF THE DOUGLAS E. GLENN SURVIVOR'S TRUST; SUSAN M. GLENN, TRUSTEE OF THE SUSAN M. GLENN TRUST; BARBARA M. HAMMOND, TRUSTEE OF THE CEDRIC M. HAMMOND FAMILY TRUST; CALVIN

No. 63629

FILED

APR 17 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

SUPREME COURT
OF
NEVADA

(O) 1947A

15-11538

R. MOFFITT AND CRAIG L. SHANK,
TRUSTEES OF THE MOFFITT AND
SHANK LTD. PROFIT SHARING PLAN;
TACK NAKAMURA AND CORALEE
NAKAMURA, CO-TRUSTEES OF THE
TACK NAKAMURA FAMILY TRUST;
JOHN DOYLE; ALICEANN DOYLE;
CHARLES R. DRAKE, TRUSTEE OF THE
C.R. DRAKE & SONS, INC., PROFIT
SHARING PLAN; JERRY KRACAW AND
DOROTHY KRACAW, CO-TRUSTEES OF
THE JERRY E. KRACAW FAMILY
TRUST; EDWIN W. BODILY AND IRMA
BETH BODILY, CO-TRUSTEES UNDER
THE BODILY LIVING TRUST
AGREEMENT; C.B. BROWN CO., INC., A
NEVADA CORPORATION; HARLAN
HILES; JOHN B. TALLMAN AND IRENE
TALLMAN, CO-TRUSTEES OF THE
JOHN B. TALLMAN FAMILY TRUST;
DONALD G. PETERS AND JESSELL J.
PETERS, TRUSTEES OF THE SPARE
TIME BOWLING CENTER, INC., PROFIT
SHARING PLAN; ESTHER P. SLAGLE,
TRUSTEE OF THE ESTHER SLAGLE
1990 TRUST; GEORGE N. DELONG AND
DANIELLE K. DELONG, TRUSTEES OF
THE GEORGE DELONG
CONSTRUCTION INC. PROFIT
SHARING PLAN; DANIEL R. HETRICK
AND GILBERTA L. HETRICK; BRUCE K.
KENT, TRUSTEE OF THE IRA H. KENT
FAMILY TRUST; BARBARA J. WILLARD;
STANFORD J. COWLEY AND JEANNE A.
COWLEY; FRED MILLER AND GAY
LYNN MILLER; DEBRA ODETTE,
TRUSTEE OF THE DEBRA ODETTE
TRUST; JUDY DELONG, AS TRUSTEE
OF DELONG RANCHES, INC.
RESTATED PROFIT SHARING PLAN;
JOSEPH GENE BAUM AND LOIS C.

BAUM, TRUSTEES OF THE GENE AND LOIS BAUM FAMILY TRUST; CALIFORNIA NATIONAL BANK CUSTODIAN FBO RONALD F. SEMENKO; PAULINE JOAN HALL FRIEDRICH AND JOHN TILTON FRIEDRICH, TRUSTEES OF THE PAULINE AND JOHN FRIEDRICH TRUST; RICHARD A. GRAHAM AND KATHLEEN E. GRAHAM; MARIE P. YORK, TRUSTEE OF THE MARIE P. YORK TRUST; DIAN WILLIS-PUTNAM, TRUSTEE OF THE DIAN WILLIS TRUST; ROLFE H. SCHWARTZ AND CATHERINE T. SCHWARTZ; MICHAEL E. RENCANZONE AND CHRISTINE RENCANZONE; DONALD G. KRACAW AND TERRI KRACAW, CO-TRUSTEES OF THE DONALD G. KRACAW FAMILY TRUST; KATHRYN E. NICHOLS, TRUSTEE OF THE NICHOLS FAMILY TRUST; JANICE E. SMITH; MARVIN B. HETRICK AND LARAY S. HETRICK, CO-TRUSTEE OF THE MARVIN B. HETRICK FAMILY TRUST; BONNIE LOUISE BELL; DONALD JONES AND ANN DARLENE JONES, CO-TRUSTEES OF THE DONALD AND ANN DARLENE JONES TRUST; LESLIE L. BELANGER AND VIRGINIA BELANGER, CO-TRUSTEES OF THE LESLIE L. BELANGER AND VIRGINIA BELANGER FAMILY TRUST; MARTIN J. LARRANETA; DONALD G. PETERS AND JESSELL J. PETERS, CO-TRUSTEES OF THE PETERS FAMILY TRUST; IRENE K. REEVES; TIMMONS F. BENGOCHEA; GARY A. ECHEVARRIA AND BRYN M. ECHEVARRIA, CO-TRUSTEES FOR THE GARY AND BRYN ECHEVARRIA FAMILY TRUST; ITALO G. VALLE, TRUSTEE OF THE VALLE

SUPREME COURT
OF
NEVADA

(O) 1947A

3

FAMILY TRUST; BARBARA J. KINGSLEY; NORMAN L. QUIGLEY AND NANCY QUIGLEY; DIANA LECUMBERRY, TRUSTEE OF THE DIANA LECUMBERRY TRUST; CARLENE A. MENDIETA, TRUSTEE OF THE CARLENE A. MENDIETA REVOCABLE LIVING TRUST; WALLACE R. BAUM, TRUSTEE OF THE RWB TRUST; ELIZABETH M. STALEY, TRUSTEE OF THE ELIZABETH M. STALEY TRUST; WARNER WHIPPLE, TRUSTEE OF THE WARNER WHIPPLE FAMILY TRUST; ROBERT A. HEGUY AND ELIZABETH A. MAW-HEGUY; EVERETT DEAN GUSTIN AND LOIS L. GUSTIN, TRUSTEES OF THE GUSTIN FAMILY TRUST; STEVE DORSA; IRENE JOY FULLENWIDER, AS SURVIVING GRANTOR UNDER THE JACK FULLENWIDER TRUST; JAMES T. JOHNSON AND CAROL J. JOHNSON, TRUSTEES OF THE JOHNSON FAMILY TRUST; DIANA S. CHRISTISON; WILLIAM A. DEAL AND AUDREY M. DEAL, TRUSTEES OF THE DEAL JOINT REVOCABLE TRUST AGREEMENT; WESLEY R. WEEK; ELMER R. ENTYRE AND MARY S. ENTYRE, TRUSTEES OF THE ELMER AND MARY S. ENTYRE TRUST; AND MARK COWLEY, JOINTLY AND SEVERALLY ALL AS SUCCESSORS IN INTEREST TO AND/OR ALTER EGOS OF SUNSET BLUFFS, LLC,
Respondents.

SUPREME COURT
OF
NEVADA

(0) 1947A

4

## ORDER OF AFFIRMANCE

This is an appeal from a district court order dismissing a breach of contract action. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

Respondents moved to dismiss appellant's action, arguing that it was an attempt to circumvent an earlier district court action dismissing appellant's claims under NRCP 41(e) with prejudice. The district court granted the motion and dismissed appellant's action. On appeal, appellant argues that NRCP 41(e)'s five-year deadline for bringing its claims to trial had not run in the previous district court action because the original property developer's bankruptcy proceeding included an automatic stay, precluding appellant from bring its cause of action against the developer to trial. Appellant did not appeal from the district court order dismissing the prior complaint with prejudice under NRCP 41(e) and did not challenge the district court's finding that the bankruptcy stay did not apply to toll the time to bring its action to trial. Appellant therefore may not now raise that challenge for the first time in this appeal. *See, e.g., Lighthouse v. Great W. Land & Cattle Corp.,* 88 Nev. 55, 493 P.2d 296 (1972) (concluding that an appellant cannot challenge an earlier NRCP 41(e) dismissal in a subsequent action when the dismissal of the earlier action was not appealed). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Patrick Flanagan, District Judge
Charles R. Kozak
Early Sullivan Wright Gizer & McRae, LLP
Washoe District Court Clerk